ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

RENEE SANDLER SHAMBLIN (#017473)
Trial Attorney
230 N. First Avenue, Suite 204
Phoenix, Arizona 85003-1706
(602) 682-2616
Email: Renee.S.Shamblin@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings under Chapter 11 |
| STEVE MITCHELL BAQUET, | Case No.: 4:18-bk-08825-SHG |
| Debtor. | **NOTICE OF SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), undersigned counsel substitutes and hereby appears on behalf of the United States Trustee for the District of Arizona (the "U.S. Trustee") and formally requests copies of all notices and any and all filings, except proofs of claim, in the above-captioned administrative proceeding or in any contested matter or adversary proceeding herein or related thereto, be served on:

Renee Sandler Shamblin
Office of the United States Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ  85003-1706
Telephone: 602-682-2616
Facsimile: 602-514-7270
Email: Renee.S.Shamblin@usdoj.gov

PLEASE REMOVE FROM THE MAILING LIST AND FROM ALL FUTURE COMMUNICATIONS, INCLUDING ECF NOTIFICATIONS, IN THE CASE the following U.S. Trustee attorney if they so appear in the case:

1. **Christopher Pattock**

RESPECTFULLY SUBMITTED this 31st day of July, 2018.

                                              ILENE J. LASHINSKY
                                              United States Trustee
                                              District of Arizona

                                              /s/ Renee Sandler Shamblin
                                              Renee Sandler Shamblin
                                              Trial Attorney

COPY of the foregoing served electronically
this 31st day of July, 2018 on all interested parties
via the ECF notification system and by first class mail to:

Steve Mitchell Baquet
4591 W. Cosmos Pl.
Tucson, AZ 85701

/s/ Chris Stewart
Chris Stewart

2