FILED USBC CLRK TUC
2018 AUG 7 PM1:36

Stephen Mitchell Baquet
2120 E. Broadway Blvd.
PMB #108
Tucson, AZ 85719

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

Steve Mitchell Baquet.

**Case No. 18-08825**

**MOTION FOR 30 DAY EXTENSION**

Comes Now Stephen Mitchell Baquet Creditor by special appearance, to MOTION FOR 30 DAY EXTENSION. Mr. Baquet is in the process of negotiating with Bayview a hardship settlement and is in need of this time to work this out with his creditors in lieu of a bankruptcy. Mr. Baquet hereby request this in good faith and thanks this Court.

///

by: Steve Baquet,

Steve Mitchell Baquet




Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd. 5th Floor
Coral Gables, FL 33146

**APPLICANT FINANCIAL** | **UNIFORM APPLICANT ASSISTANCE FORM / FORM 710**

If you are experiencing a temporary or long-term hardship and need help, you must complete and submit this form along with other required documentation to be considered for available solutions. On this page, you must disclose information about

(1) you and your intentions to either keep or transition out of your home;
(2) the property's status;
(3) bankruptcy; and
(4) your credit counseling agency.

On Page 3, you must disclose information about <u>all</u> of your income, expenses and assets. Page 2 also lists the required income documentation that you must provide a detailed written statement documenting the hardship reason(s) you have chosen. Please note, if the property is Applicant/Owner Occupied, and you have not been previously reviewed for a modification or any other retention option, you must include documentation to support the hardship reason. The Hardship Affidavit informs you of the required documentation that you must submit in support of your hardship claim.

On Pages 4-5 of 7, containing the Hardship Affidavit, you must provide a detailed written statement documenting the hardship reason(s) you have chosen. Please note, if the property is Applicant/Owner Occupied, and you have not been previously reviewed for a modification or any other retention option, you must include documentation to support the hardship reason.

**NOTICE: In addition, when you sign and date this form, you will make important certifications, representations and agreements, including certifying that all of the information in this Applicant Assistance Form is accurate and truthful and any identified hardship has contributed to your submission of this request for mortgage relief.**

**REMINDER: The Applicant Response Package you need to return consists of:**

**(1) this completed, signed and dated Applicant Assistance Form;**
**(2) completed and signed IRS Form 4506T-EZ (4506T for self-employed applicants or applicants with rental income);**
**(3) required income documentation, and**
**(4) required hardship documentation.**

**Disclaimers and Notices**

If you would like counseling or assistance, for a list of homeownership counselors or counseling organizations in your area, you can contact the following: U.S. Department of Housing and Urban Development (HUD), go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

**APPLICANT FINANCIAL** — **UNIFORM APPLICANT ASSISTANCE FORM / FORM 710**

Loan Number: 0200064110

COPY

Servicer Name: Bayview Loan Servicing, LLC

Property Address: 890 W. Grant Rd. Tucson, AZ. 85705

The property is currently: ☒ Occupied by Applicant ☐ Occupied by someone other than Applicant (tenant/ renter/other) ☐ Vacant/not occupied by anyone to Applicant's best knowledge

Applicant would like to: ☐ Live in the property as my primary residence* ☒ Maintain the property as ~~Second Home~~ Investment ~~residence~~ building ☐ Short Sale ☐ DIL (wishes to stay in building due to our business there) ☐ Assume sole legal responsibility for repayment of loan ("Assumption or Release of Liability")

*As used in this application, the term 'Primary Residence,' means the dwelling where a person usually lives. A person can only have one primary residence at any given time, though the property may be shared with other people.

Applicant is the: ☒ Borrower/Co-Borrower ☐ Successor In Interest (SII) ☐ Authorized Third-Party ☐ Assumer of the Loan

| Applicant | Co-Applicant (if any) |
|---|---|
| Applicant's Name: Steve Baquet | Co-Applicant's Name: Marlene Baquet |
| Social Security Number: 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 / Date of Birth: 02/05/54 | Social Security Number: 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 / Date of Birth: 1/13/62 |
| Home Phone Number with Area Code: 520.579-8173 | Home Phone Number with Area Code: 520.579-8173 |
| Cell or Work Number with Area Code (indicate which): 520.612.9797 | Cell or Work Number with Area Code (indicate which): 520.548-1161 |
| E-mail Address: stevebaquet@yahoo.com | E-mail Address: mbaquet@insurewithabc.com |
| Mailing Address (if same as mailing address, write "same"): Same | Mailing Address (if same as mailing address, write "same"): Same |

Is the property listed for sale? ☐ Yes ☒ No
If yes, what was the listing date? N/A
If property has been listed for sale, have you received an offer on the property? ☐ Yes ☒ No
Date of offer N/A Amount of Offer: $ N/A
Agent's Name: N/A
Agent's Phone Number: N/A
For Sale by Owner? ☐ Yes ☒ No N/A

Have you contacted a credit-counseling agency for help? ☐ Yes ☒ No
If yes, please complete the counselor/agency contact information below:
Counselor/Agency's Name: N/A
Counselor/Agency's Contact Information: N/A

Do you have condominium or homeowner association (HOA) fees? ☐ Yes ☒ No N/A
Total monthly amount: $ Ø N/A
Name and address that fees are paid to:

COPY

Have you filed for bankruptcy? ☒ Yes ☐ No If yes: ☐ Chapter 7 ☒ Chapter 11 ☐ Chapter 12 ☐ Chapter 13
If yes, what is the filing date: 7/25/18 Has your bankruptcy been discharged? ☐ Yes ☒ No
Bankruptcy case number: 4:18-bk-08825-BMW (See comments below *)

Is any Applicant an active duty service member? ☐ Yes ☒ No
Has any Applicant been deployed away from his/her primary residence or received a Permanent Change of Station order? ☐ Yes ☒ No
Is any Applicant the surviving spouse of a deceased service member who was on active duty at the time of death? ☐ Yes ☒ No

* Chapter 11 in process - considering not proceeding if able to work [illegible] with Bayview.



**ABC Insurance, & Financial Services**

***Central/West***
1955 W. Grant Road; Suite 110
Tucson, AZ 85745
Phone: (520) 620-0ABC (620-0222)
Fax : (520) 206-0320

***South***
743 W. Irvington Road
Tucson AZ 85714
Phone: (520) 294-5900
Fax : (520) 294-5901

**www.insurewithabc.com**

# FAX COVER SHEET

| | |
|---|---|
| Send to: Bayview Loan Servicing | From: Steve Baquet |
| Attention: Loss Mitigation / Hardship | Date: 8/2/18 |
| Phone # : | Total pages, including cover : 38 pages |
| Fax number: 855-330-8077 | |

Lossmitdocs@bayviewloanservicing.com

URGENT –

Trying to avoid proceeding with Chapter 11 Bankruptcy.

Call me asap@ 520.612.9797.

Email: stevebaquet@yahoo.com.