FORM defprose
REVISED 06/18/2015

# UNITED STATES BANKRUPTCY COURT
District of Arizona

## NOTICE TO PARTY FILING MOTION OR OTHER DOCUMENT

CASE NAME:   STEVE MITCHELL BAQUET
CASE NUMBER/ADVERSARY NUMBER:   4:18–bk–08825–SHG
DOCKET NUMBER:   17
DOCUMENT FILING DATE:   08/07/2018
DOCUMENT TITLE:   MOTION FOR 30 DAY EXTENSION

TO:            STEVE MITCHELL BAQUET

The document you have filed cannot be further processed until you comply with the following. **Return a copy of this memorandum with any subsequent documents submitted.**

- [x] The case has been dismissed. Your pleading(s) have been docketed and filed. However, no further action will be taken until the case is reinstated.

- [ ] The case has been closed. Your pleading(s) have been docketed and filed. However, no further action will be taken until the case is reopened. To reopen the case, you must file a motion to reopen and pay the fee.

- [ ] To file an objection to the debtor's discharge or the discharge of your debt, you must file an adversary complaint and pay a $350.00 filing fee.

- [ ] The Chapter 7 Statement of Your Current Monthly Income and/or the Chapter 7 Means Test Calculation you filed is incomplete. The Presumption arises nor the Presumption does not arise box was not checked. One of these boxes must be checked. You must refile the document(s) with one of these boxes checked or your discharge may not be granted.

- [ ] You have filed a certification that you are not required to complete a personal financial management course because you are incapacitated or disabled as defined in 11 USC Section 109(h) or because you are on active military duty in a military combat zone. You did not attach any documentation that supports your certification. You need to file supporting documentation so that your certification can be referred to the bankrupcty judge for a determination under Section 109(h). If you do not file supporting documentation, you may not receive a discharge of your debts.

- [ ] Notice that reopened case may be reclosed. This case was reopened for further proceedings and 60 or more days have passed without the reopening party having filed a document to initiate the further proceedings or the reopening party has filed a pleading or other document but has taken no further action to have the matter determined by the court. The reopened case will be reclosed unless the reopening party files an appropriate document or status report within 14 days of the date of this notice.

- [ ] The Stipulation/Order you filed is incomplete. Either the trustee, debtor, or creditor signatures are missing and these signatures must be included. You must refile this document with the signatures before any action will be taken.

- [ ] **OTHER:**

– – – NOTICE CONTINUES ON NEXT PAGE – – –

**Date: August 8, 2018**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701–1704
Telephone number: (520) 202–7500
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**

By: Rhianna D, Deputy Clerk
Phone: 520–202–7500